## FREELAND v. MANNAHAN.

*Costs refused on decree for the complainanet ; the matter having been before submitted to arbitration, and the decree varying but little from the award.*

1824.
30th Oct.

*Costs.*

ON settling the decree in this cause, THE COURT observed ; That the controversy appeared to have been heretofore submitted to arbitration, and nothing appeared to impeach the fairness of the award, nor any reason why that award might not have been a bar if insisted on ; and that the sum then awarded was not much different from the amount now decreed. For these reasons, though the decree was in favor of the complainants, the court refused costs.

MR. D. GRAHAM for complainant.

MR. C. BALDWIN for defendant.

---

## DOE v. ROE.

*On motion to dissolve an injunction upon answer, exceptions filed are no objection to the motion, unless they affect the answer in points relating to the grounds of the injunction.*

1824.
5th Nov.

*Exceptions.*
*Injunction.*

INJUNCTION bill. The defendant having answered the bill moved thereupon to dissolve the injunction, to which the complainant objected, upon a certificate from the register in general terms, that exceptions to the answer were filed.

THE COURT desired, that it might be understood as the settled practice, that the mere filing of exceptions is no answer to a motion for dissolving the injunction. Exceptions may be well taken to the answer, in parts which would not affect the question of the dissolution of the injunction. It is necessary, therefore, to look into the exceptions ; but so far only as to see whether they apply to the answer in those points upon which the injunction rests. If they so apply, it furnishes an answer to the motion ; and the court will not examine the merits of the exceptions farther than to ascertain that they are not frivolous.